[No. 17597-9-III.    Division Three.    September 2, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES EDWARD
RUETER, *Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 97-1-00800-2, Kenneth L. Jorgensen, J.,
entered May 18, 1998. *Reversed* by unpublished opinion
per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[Nos. 17631-2-III; 17632-1-III.    Division Three.    September 2, 1999.]

LYLE K. HANSEN, *Respondent*, v. MAYNARD M. MOE, ET
AL., *Appellants*.

ORVILLE L. MOE, ET AL., *Appellants*, v. LYLE K. HANSEN,
ET AL., *Respondents*.

Appeals from judgments of the Superior Court for
Spokane County, Nos. 97-2-02918-4, 95-2-07046-3, Greg D.
Sypolt and Neal Q. Rielly, JJ., entered June 5 and 18, 1998.
*Affirmed* by unpublished opinion per Schultheis, C.J.,
concurred in by Kurtz and Brown, JJ.

[No. 22608-1-II.    Division Two.    September 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
MARION WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-00631-6, Arthur W. Verharen, J., entered
October 24, 1997. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Bridgewater, C.J., and Hunt,
J. Now published at 97 Wn. App. 382.